# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:25-M -00923(1) |
| | § |
| (1) Alejandro Hernandez- Suarez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 27, 2025** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title　　**8**　　United States Code, Section(s)　　**1325(a)(1)**
.

I further state that I am a(n) **Border Patrol Agent, BROWN, WESLEY** and that this complaint is based on the following facts: *"On or about March 27, 2025 , the defendant, Alejandro HERNANDEZ- Suarez, an alien who is a native and citizen of Cuba , entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.*

Sworn to before me and subscribed in my presence,　　　　/s/ BROWN, WESLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Complainant
　　　　　　　　　　　　　　　　　　　　　　　　　　　　BROWN, WESLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Border Patrol Agent

03/31/2025　　　　　　　　　　　　　　　　　　at　　DEL RIO, Texas
File Date　　　　　　　　　　　　　　　　　　　　　　City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE　　　　　　　　Signature of Judicial Officer